In re TRUSTEE OF LAW LIBRARY OF EIGHTH JUDICIAL DIST. (Supreme Court, Appellate Division, Fourth Department. November 29, 1905.) In the matter of the appointment of a trustee of the law library of the Eighth judicial district. No opinion. Ordered, that Hon. Daniel J. Kenefick, justice of the Supreme Court in and for the Eighth judicial district, residing in the city of Buffalo, be, and he hereby is, appointed a trustee of the law library for the Eighth judicial district to succeed Hon. Edward W. Hatch, whose term of office has been abridged.

TUCKER, Respondent, v. DUDLEY, Appellant. (Supreme Court, Appellate Division, Second Department. June 16, 1905.) Action by Edwin H. Tucker against Eugene B. Dudley. No opinion. Motion to resettle order granted.

TYSON, Respondent, v. JOSEPH H. BAULAND CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 16, 1905.) Action by Eliza Tyson against the Joseph H. Bauland Company. No opinion. Judgment and order unanimously affirmed, with costs.

TYSON, Respondent, v. JOSEPH H. BAULAND CO., Appellant. (Supreme Court, Appellate Division, Second Department. September 29, 1905.) Action by Eliza Tyson against the Joseph H. Bauland Company. No opinion. Motion for leave to appeal to the Court of Appeals granted.

UBART, Respondent, v. BALTIMORE & O. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. September 29, 1905.) Action by Lizzie Ubart against the Baltimore & Ohio Railroad Company. No opinion. Order affirmed on argument, with $10 costs and disbursements.

ULLMAN et al., Respondents, v. CAMERON et al., Appellants. (Supreme Court, Appellate Division, Third Department. September 13, 1905.) Action by Morris Ullman and others against Albert L. Cameron, as trustee and individually, and others.

PER CURIAM. Motion granted, and questions certified as follows: First. Should the demurrer of Albert L. Cameron, defendant, individually and as trustee, be sustained upon the grounds that the plaintiffs have not legal capacity to sue, in that the title to the said cause of action is in the defendant William E. Lownsberry, as receiver, and that the plaintiffs have no title to the same? Second. Should the said demurrer be sustained upon the ground that there is a defect of parties plaintiff, in that the plaintiffs are not the proper parties to bring this action; that, if any cause of action exists as alleged in the complaint, it belongs to the defendant, William E. Lownsberry, as receiver; that he should be the party plaintiff, and not be a party defendant, to the said action? Third. Should the said demurrer be sustained upon the ground that the complaint does not state facts sufficient to constitute a cause of action?

UNGRICH, Appellant, v. CRAIN, Respondent. (Supreme Court, Appellate Division, First Department. July 7, 1905.) In the matter of Louis Ungrich against Thomas C. T. Crain. E. W. S. Johnston, for appellant. T. Connoly, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. 95 N. Y. Supp. 906.

UNITED STATES TITLE GUARANTY & INDEMNITY CO. v. DONOHUE et al. (Supreme Court, Appellate Division, First Department. October 13, 1905.) Action by the United States Title Guaranty & Indemnity Company against Annie Donohue and others. No opinion. Motion denied, on payment of $10 costs.

VAN DYKE, Respondent, v. VILLAGE OF BOONVILLE, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 6, 1905.) Action by Anna Van Dyke against the village of Boonville.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., and WILLIAMS, J., dissent, on the ground that the evidence does not establish any negligence upon the part of the defendant.

VASSILIADES et al., Respondents, v. STEEPLECHASE CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 20, 1905.) Action by Bella C. Vassiliades and Erastus A. Hicks against the Steeplechase Company. No opinion. Judgment and order affirmed, with costs.

VILLA, Respondent, v. CITY OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 6, 1905.) Action by Emma Villa against the city of Buffalo. No opinion. Judgment and order affirmed, with costs.

VOLKER, Respondent, v. KAISER, Sheriff, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 11, 1905.) Action by William J. Volker against Harry M. Kaiser, as sheriff of the county of Erie. No opinion. Judgment and order affirmed, with costs.

VOLLKOMMER, Respondent, v. FRANK et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 17, 1905.) Action by Joseph Vollkommer, Jr., as trustee, etc., against Solon L. Frank and Samuel Frank, etc. No opinion. Motion denied.

VON DEBEN, Respondent, v. SUPREME COURT I. O. F., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 29, 1905.) Action by Louis M. Von Deben against the Supreme Court of the Independent Order of Foresters. No opinion. Judgment affirmed, with costs.

VOSS, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by Edward Voss against George M. Smith, as receiver. C. W. Francis, for appellant. C. L.

Hoffman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

VOSS v. SMITH (two cases). (Supreme Court, Appellate Division, First Department. November 10, 1905.) Actions by Edward Voss against George M. Smith. No opinion. Motions denied.

VROOM, Respondent, v. TILLY et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 27, 1905.) Action by Charles H. Vroom against John Tilly and Jacob I. Housman. No opinion. Order affirmed, with $10 costs and disbursements. See 91 N. Y. Supp. 51.

WAHL et al. v. BARNUM et al. (Supreme Court, Appellate Division, Fourth Department. October 20, 1905.) Action by Julius P. Wahl and others against Sarah B. Barnum, executor, etc., and others. No opinion. Order affirmed, with $10 costs and disbursements.

WALKER v. BEST et al. (Supreme Court, Appellate Division, Second Department. November 17, 1905.) Action by Emma Walker against Lyman A. Best and William H. Maxwell. No opinion. Motions denied.

WALLACE, Respondent, v. PURCELL, Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Action by David Wallace against James Purcell. Farrar & Becker, for appellant. J. A. Stephens, for respondent. No opinion. Judgment affirmed, with costs.

WALTERS, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 6, 1905.) Action by Nellie M. Walters against the Brooklyn Heights Railroad Company.
PER CURIAM. Judgment modified, so as to grant a new trial to the defendant, upon the ground that the verdict in favor of the plaintiff was against the weight of evidence, upon payment by the defendant of the costs of the trial already had and disbursements to the date of the order, and the judgment, so far as it directs a verdict in favor of the defendant, reversed, without costs, on the authority of Dowling v. Brooklyn Heights R. R. Co. (decided August 31, 1905) 95 N. Y. Supp. 105.
WOODWARD, J., votes to reinstate the verdict in favor of the plaintiff.

In re WALTON. (Supreme Court, Appellate Division, First Department. October 13, 1905.) In the matter of Anna T. Walton. No opinion. Motion denied, on payment of $10 costs, and on payment of an additional $10, leave given to apply to the court below to open default.

WASHBURN, Respondent, v. NEW YORK & P. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 18, 1905.) Action by Ransom C. Washburn against the New York & Pennsylvania Railway Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide event upon questions of law only; the facts having been examined and no error found therein. Held, that the engine crew at the time of the accident was engaged in the service of Flohr Bros., and therefore the defendant is not liable for their alleged negligence.

WEBB et al. v. SWEET et al. (Supreme Court, Appellate Division, Fourth Department. November 29, 1905.) Action by Arnold J. Webb and another against Gerrit S. Sweet and others. No opinion. Judgment directed in favor of the plaintiff on the submission for $1,500, with accrued interest thereon, subject to the fees of the trustee, with costs against the defendants Gerrit S. Sweet and Mary E. Lane.

WEED v. FIRST NAT. BANK OF SARATOGA SPRINGS et al. (Supreme Court, Appellate Division, Third Department. September 26, 1905.) Action by William R. Weed, who brings this suit on behalf of himself and all other stockholders of the First National Bank of Saratoga Springs, situated similarly with himself, against the First National Bank of Saratoga Springs and others. No opinion. Motion denied.

WEINBERG et al., Respondents, v. LAVENBERG, Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Action by Max Weinberg and others against Kassel Lavenberg. E. Cohn, for appellant. J. A. Haughwout, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

WEST, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 15, 1905.) Action by Nettie West, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs. See 83 N. Y. Supp. 1119.

WEST, Appellant, v. WOODRUFF, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 29, 1905.) Action by Frank G. West against Henry G. Woodruff.
PER CURIAM. It appearing that the four justices who are qualified to hear the appeal herein are equally divided and unable to render a decision of said appeal, it is ordered that the said appeal be transferred to the Appellate Division for the Third Judicial Department, to be there heard and determined, pursuant to the provisions of section 231 of the Code of Civil Procedure.

WHALEN, Appellant, v. SQUIRES et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. July 6, 1905.) Action by Elizabeth Whalen against Mary J. Squires and others.
PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the